Commonwealth ex rel. Dyer, Appellant, *v.* Myers.

Submitted September 13, 1965. *Francis William Dyer,* appellant, in propria persona; *William H. Eastburn, III,* Assistant District Attorney, and *William J. Carlin,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. McMullin, Appellant, *v.* Myers.

Submitted September 13, 1965. *William McMullin,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.